**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**


AMANDA MOSS and DEKATER
THORPE,

       Plaintiffs,

vs.                        CASE NO. 5:10cv208/RS-EMT

GIFF SIZEMORE, et al,

       Defendants.
_____/

## <u>ORDER</u>

Before me is the Magistrate Judge's Report and Recommendation (Doc. 10).

Plaintiffs have not filed objections.

**IT IS ORDERED**:

1.     The Magistrate Judge's Report and Recommendation is approved and

incorporated in this Order.

2.     This case is dismissed without prejudice because of Plaintiffs' failure to

comply with an Order of this Court.

3.     The clerk is directed to close the file.


**ORDERED** on November 4, 2010.


/S/ Richard Smoak_____
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**